**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2955 Disciplinary Docket No. 3 |
| | : | |
| MARK WILLIAM FORD | : | No. 28 DB 2023 |
| | : | |
| | : | (Supreme Court of New Jersey, D-113 |
| | : | September Term 2021) |
| | : | |
| | : | Attorney Registration No. 45963 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Mark William Ford is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year. He shall comply with the provisions of Pa.R.D.E. 217.